**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 5, 2015

Hon. Guillermo Vega, Jr.
Attorney At Law
302 Kings Hwy., Suite 105
Brownsville, TX 78521
* DELIVERED VIA E-MAIL *

Hon. Larry Warner
Attorney at Law
3109 Banyan Circle
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00017-CV
Tr.Ct.No. 2014-DCL-03728-B
Style:    St. Comas Corporation v. Claudia Flores

     Appellant's motion for extension of time to file Findings of Facts and Conclusion of Law in the above cause was this day GRANTED by this Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch